PHYLLIS VOISENAT, ESQ. (CSB# 159095)
ATTORNEY AND COUNSELOR AT LAW
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9410
Fax: (510) 272-9158

Attorney for Plaintiff
Edith Ferrari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH  FERRARI | Case No.: 4:09CV02908PJH |
| PLAINTIFF, | JOINT REQUEST  AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO WEEK OF NOVEMBER 16-19, 2009 |
| VS U.S. BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER and DOWNEY SAVINGS AND LOAN, ASSOCIATION,  FA. , DSL SERVICE COMPANY, FCI LENDER SERVICES, INC.,  FRANK BELLECI, SYLVIA BELLECI, individually and doing business as TASSAJARA VALLEY LOANS,  and all persons unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in this complaint adverse to Plaintiff's title herein, AND DOES 1- 30, INCLUSIVE. | Date: October 15, 2009 Time: 2:30 pm. Place: Courtroom #3 |
| DEFENDANTS. | |

- 1

Plaintiff, EDITH FERRARI, by and through her attorney of record, Phyllis Voisenat, Esq., and Defendants U.S. BANK, National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association, F.A., DSL SERVICE COMPANY, FCI LENDER SERVICES, INC. (collectively "Defendants"), by and through their attorney of record, J. Barrett Marum of Sheppard, Mullin, Richter & Hampton, LLP, hereby stipulate as follows.

WHEREAS there is currently pending for disposition Defendants' Motion to Dismiss, and as such this matter is not at issue nor ready for case management, and

WHEREAS this matter is currently scheduled for Case Management Conference on Thursday, October 15, 2009,

WHEREAS Plaintiff's counsel has conferred with Defense counsel, and both counsel are in agreement that good cause exists to continue the case management conference;

IT IS AGREED AND STIPULATED that upon Court's Order approving same, the Case Management Conference be continued for thirty days to any date between November 16-19, 2009.

IT IS SO STIPULATED.

Dated: October 13, 2009

_Phyllis Voisenat_

Phyllis Voisenat, Esq., Attorney for Plaintiff

- 2

Dated: October 13, 2009

V. Barrett Marum
Attorney for Defendants

PHYLLIS VOISENAT, ESQ. (CSB# 159095)
ATTORNEY AND COUNSELOR AT LAW
1330 Broadway, Suite 1035
Oakland, Ca.  94612
Tel: (510) 272-9410
Fax: (510) 272-9158

Attorney for Plaintiff
Edith Ferrari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH  FERRARI | Case No.:  4:09CV02908PJH |
| PLAINTIFF, | **<u>ORDER APPROVING JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO WEEK OF NOVEMBER 16-19, 2009</u>** |
| VS | |
| U.S. BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER and DOWNEY SAVINGS AND LOAN, ASSOCIATION,  FA. , DSL SERVICE COMPANY, FCI LENDER SERVICES, INC.,  FRANK BELLECI, SYLVIA BELLECI, individually and doing business as TASSAJARA VALLEY LOANS,  and all persons unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in this complaint adverse to Plaintiff's title herein, AND DOES 1- 30, INCLUSIVE. | (Proposed)<br><br>Date: October 15, 2009<br>Time: 2:30 pm.<br>Place: Courtroom #3 |
| DEFENDANTS. | |

- 1

1

2          The Court having read and  considered the Joint Request  and Stipulation to Continue

3   Case Management conference to week of November 16-19, 2009, and finding good cause exists

4   in the premises, hereby grants and approves the Stipulation to Continue the Case Management

5   Conference.

6

7          The Case Management Conference shall be and hereby is continued to:

8   _____ November 19, 2009 at 2:30 p.m. _____.

9

10         IT IS SO ORDERED.

11  Dated:  10/13/09



12                                              _____

13                                              Honorable Phyllis J. Hamilton

14                                              ####nd    Judge Phyllis J. Hamilton

15

16

17

18

19

20

21

22

23

24

25