UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDITH FERRARI,

      Plaintiff(s),                                         No. C 09-2908 PJH

   v.                                                  **JUDGMENT**

U.S. BANK, N.A., et al.,

      Defendant(s).

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having dismissed the complaint,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice as to U.S. Bank, FCI Lender Services, and DSL Company; and without prejudice as to Frank Belleci and Sylvia Belleci individually and doing business as Tassajara Valley Loans.

    IT IS SO ORDERED.

Dated: November 19, 2009

                                                                _____
                                                                 PHYLLIS J. HAMILTON
                                                                 United States District Judge